UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL, | No. 2:18-cv-1629 CKD P |
| Plaintiff, | |
| v. | ORDER |
| BOULDIN, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that the court order CDCR to "give [plaintiff his] legal property." Plaintiff has not indicated why he needs his "legal property" to pursue this action. The court notes that plaintiff's second amended complaint is due April 13, 2019. If plaintiff has not received particular items he needs to complete his second amended complaint by April 13, 2019, plaintiff is free to seek an additional extension of time to file it. If necessary, plaintiff may also seek an order directing officials at plaintiff's prison to provide plaintiff with any items plaintiff requires to complete his second amended complaint. However, such a request must include an explanation as to why such items are needed.

/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED the motion filed by plaintiff on March 11, 2019 is denied.

Dated: March 18, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
corr1629.prop