UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOULDIN, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1629 CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file a second amended complaint. Good cause appearing, that request will be granted. Plaintiff also seeks an order directing the California Department of Corrections and Rehabilitation to provide plaintiff with his legal property. Plaintiff's access to his property has been delayed by a prison transfer. Plaintiff's request will be denied, but if plaintiff cannot file his second amended complaint on time due to lack of access to his property, he is free to renew his request.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 24) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. Failure to file a second amended complaint within 30 days will result in dismissal.

/////

3. Plaintiff's request for an order directing the California Department of Corrections and Rehabilitation to provide plaintiff with is legal property is denied without prejudice.

Dated: April 17, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
corr1629.36(2)