UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DYLAN SCOTT CORRAL, | No. 2:18-cv-01629-TLN-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| BOULDIN, et al., | |
| Defendants. | |

Plaintiff Dylan Scott Corral ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 12, 2019, the magistrate judge filed findings and recommendations which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 34.) On November 20, 2019, Plaintiff filed objections to the findings and recommendations. (ECF No. 35.)

This Court reviews *de novo* those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the motions on the applicable law. *See Orand v. United*

*States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Having carefully reviewed the entire file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 12, 2019 (ECF No. 34), are adopted in full;

2. Plaintiff's Second Amended Complaint is DISMISSED for failure to state a claim upon which relief can be granted; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 10, 2020

Troy L. Nunley
United States District Judge