UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL, | No. 2:18-cv-1629 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| LT BOULDIN, et al., | |
| Defendants. | |

On November 9, 2018, the court granted plaintiff's request to proceed in forma pauperis and ordered that the California Department of Corrections and Rehabilitation (CDCR) provide the court with installment payments from plaintiff's inmate trust account to satisfy the filing fee for this action as the court is required to do under 28 U.S.C. § 1915(b)(2). Judgment was entered in this case on January 13, 2020.

On July 29, 2024, plaintiff's in forma pauperis status was revoked in 2:23-cv-1058 DAD CKD P. Plaintiff believes this entitles him to a refund of any money received by the court from CDCR to satisfy the filing fee for this action. However, by initiating a civil action plaintiff was responsible for filling fees regardless of whether he proceeded in forma pauperis. This being the case, plaintiff is not entitled to any refund of any money received by the court from CDCR pursuant to the court's November 9, 2018, order.

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a refund (ECF No. 39) is denied.

Dated:  September 26, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
corr1629.ff

2