UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL, | No. 2:18-cv-1629 TLN CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| BOULDIN, | |
| Defendants. | |

Judgment was entered in this action in 2020.  Despite the fact that judgment is final, plaintiff continues to file frivolous motions and requests.  The documents filed by plaintiff on October 15, 2024, (ECF Nos. 41 and 42) are stricken.  Plaintiff shall refrain from filing any further documents in this case. Plaintiff is informed that if he does file any documents they will not be reviewed.

Dated: October 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
corr1629.fri